# AFFIDAVIT IN SUPPORT OF APPLICATION FOR A SEARCH WARRANT

I, Kate Cusack, having been duly sworn, do hereby depose and state as follows:

<u>Agent Background</u>

1.  I am a Special Agent with the Diplomatic Security Service ("DSS") and have been so employed since September 2013. I have successfully completed a training program in conducting criminal investigations at the Federal Law Enforcement Training Center in Glynco, Georgia. In 2012, I graduated from the George Washington University with a M.A. degree. My current duties as a DSS Special Agent include conducting investigations involving the fraudulent acquisition, production, and misuse of United States ("U.S.") immigration documents, U.S. passports, and identity documents. Based on my training, experience, and conversations with other law enforcement officers who have experience in these areas of investigations, I am familiar with the methods, routines, and practices of document counterfeiters, vendors, and persons who fraudulently obtain or assume false identities.

2.  I have been a member of HSI's Document and Benefit Fraud Task Force ("DBFTF") since January 2025. The DBFTF is a specialized field investigative group comprised of personnel from various state, local, and federal agencies with expertise in detecting, deterring, and disrupting organizations and individuals involved in various types of document, identity, and benefit fraud schemes. DBFTF is currently investigating suspected aliens who are believed to have obtained stolen identities of U.S. citizens and used those identities to obtain public benefits, which they would not otherwise be eligible to receive, including Social Security Numbers ("SSNs"), U.S. Passports, MassHealth benefits, public housing benefits, and unemployment benefits.

<u>Purpose of This Affidavit</u>

3.  This affidavit is made in support of an application for search warrants to search

the residence located at 6 Harriman Street, Apartment #2, Lawrence, Massachusetts (the "SUBJECT PREMISES"), located on the second floor of the SUBJECT PREMISES,[1] as described more fully in Attachment A-1; and the person of Wendy Dume Chavez ("DUME CHAVEZ") (YOB 1975), as described more fully in Attachment A-2, for the items described in Attachment B, which items constitute evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Sections 1542 and 1028A (false statement in passport application and aggravated identity theft), and Title 42 United States Code Section 408(a)(7)(B), (misuse of social security number) (the "TARGET OFFENSES").

4. The facts set forth in this affidavit are based on my personal knowledge, information provided to me by other law enforcement officers and federal agents, and my review of documents and records related to this investigation, and information gained through my training and experience and the training and experience of other agents who have worked on these types of investigations for years. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the applications for search warrants, it does not set forth each and every fact that I or others have learned during the course of the investigations.

## STATEMENT OF PROBABLE CAUSE

5. As set forth in more detail below, there is evidence that DUME CHAVEZ unlawfully used the name and SSN of a real person while knowing that these identifiers belonged to a real person. DUME CHAVEZ successfully used this identity to obtain multiple government-issued identification documents, including a driver's license issued by the

---

[1] Per USPS, there are two apartments at the residence. Apartment #1 is located on the first floor and apartment #2 is located on the second floor.

Massachusetts Registry of Motor Vehicles ("RMV") and was successfully able to obtain a U.S. passport in the name of the alleged victim. Additionally, there is evidence that DUME CHAVEZ used the alleged victim's identity as her own on the birth certificates and passport applications she submitted for her minor children.

U.S. Passport Applications

6. On January 30, 2006, the individual identified herein as DUME CHAVEZ, submitted a U.S. passport application in-person at the U.S. Post Office in Lawrence, Massachusetts, presenting herself to be TMH.[2] The applicant represented on the application that she was a person whose initials were TMH. She further represented that her date of birth was xx/xx/1979, and that her SSN was xxx-xx-8312. The applicant also included a photograph of herself, in the name of TMH, as part of the application for the U.S. passport.

7. Based on my training and experience, I am aware that U.S. passports are valid for a period of 10 years after date of issuance. I am also aware that for an individual to apply for a U.S. passport, the individual must show proof of citizenship and proof of identification. The applicant referenced in the preceding paragraph submitted supporting documentation with the U.S. passport application. Specifically, for proof of identity, the applicant submitted a Rhode Island driver's license with license number #xxx4386 in the name of TMH, containing the same xx/xx/1979, and SSN xxx-xx-8312, which was issued on August 2, 2005; As proof of citizenship, the applicant submitted as her own, a copy of a U.S. birth certificate from the state of

---

[2] I am aware of the identity of TMH, including TMH's full date of birth and social security number, and am protecting the identity of the victim by using TMH's initials only herein. Through redacted, the references to TMH's date of birth and social security number referenced herein are the same, unless otherwise specified, and are also redacted herein.

New York for an individual in the name of TMH, with a date of birth of xx/xx/1979. The individual purporting to be TMH signed the application under penalty of perjury.
On March 1, 2006, the U.S. Department of State issued the individual purporting to be TMH a U.S. passport book with no. xxxxx8144, which was mailed to 119 Trenton Street, Apt 2, in Lawrence Massachusetts.

    8.    On June 4, 2020, an individual purporting to be TMH. submitted by mail, a United States renewal passport application #xxxxx8308. In support of that renewal application, the applicant submitted the above-referenced issued passport #xxxxx8144 as proof of citizenship and identity. That information included but was not limited to the same 1979 date of birth and same SSN number that was submitted in support of the January 30, 2006, in-person passport application as discussed in the preceding paragraph. On August 21, 2020, a renewal United States passport #xxxxx7509 was issued in the name of TMH and mailed to the same Lawrence, Massachusetts, address referenced in the preceding paragraph. Additionally, the phone number listed on the June 4, 2020, renewal passport application is subscribed to DUME CHAVEZ's adult son Dawyn Henriquez ("HENRIQUEZ"), d/o/b xx/xx/1997.

    9.    The investigation has determined that the renewal passport in the name of TMH, which is discussed in the preceding paragraph, was used for international travel on more than one occasion. The most recent travel included travel from Fort Lauderdale, Florida, to the Dominican Republic, where TMH departed on June 28, 2021, and returned back to Fort Lauderdale, Florida on July 14, 2021.

    10.    Also on June 4, 2020, an individual purporting to be TMH submitted in-person passport applications #xxxxx6391and #xxxxx6392 for her two minor children at the U.S. Postal Office in Lawrence, Massachusetts. Based on my training and experience, I know that for an

4

individual to apply for a U.S. passport for his/her minor children, the individual must show proof of their own citizenship and proof of their own identification. For both passport applications, as proof of her own identity, the applicant presented a Massachusetts driver's license #xxxxx6898, issued by the Massachusetts RMV in 2016 in the name of TMH. Both passport applications submitted by the person purporting to be TMH for her minor children, were signed by TMH under penalty of perjury in the presence of a United States Postal Service ("USPS") Acceptance Clerk.#xx8613. Because TMH was submitting passport applications for her minor children and not for herself, TMH's photograph itself was not on either application.

11. Additionally, as proof of citizenship for both minor children's passport applications were accompanied by their birth certificates, one issued in 2005 and the other issued in 2011, which list TMH as their mother with a DOB of xx/xx/79.[3] The false statements made by the individual purporting to be TMH resulted in the issuance of passports #xxxxx9890 and #xxxxx9891 on July 30, 2020. The passports were mailed to the SUBJECT PREMISES in Lawrence, Massachusetts.

<u>Identification of Victim TMH</u>

12. The investigation has confirmed that the true TMH has a date of birth of xx/xx/1979 and was assigned SSN xxx-xx-8312.[4]

13. On April 20, 2021, TMH (DOB xx/xx/1979) of Brooklyn, New York, executed a Passport Application (#xxxxx2566) for U.S. Passport in-person at the United States Post Office in Olathe, Kansas. Per information received from the Passport Fraud Prevention Manager

---

[3] HSI is aware of the full date of birth but it is redacted herein for privacy purposes.

[4] HSI is aware of the full date of birth and full SSN of TMH but they are redacted herein for privacy purposes.

("FPM"), two individuals concurrently claim the TMH identity: one currently residing in Olathe, Kansas, and the other residing at the SUBJECT PREMISES in Massachusetts. Both individuals have respective U.S-born children whose birth records reflect TMH as the mother's name. Due to this fraud indicator, the passport was not issued to victim TMH, and the case was referred to the St. Louis Resident Office for further investigation. However, on August 21, 2020, the U.S. Passport Renewal Application (#xxxxx8308) of DUME CHAVEZ, using the name of TMH was approved and issued passport #xxxxx7509 to DUME CHAVEZ. DUME CHAVEZ's U.S. passport has been used for international travel on more than one occasion, including for travel to the Dominican Republic from June 28, 2021 through July 14, 2021.

14. On December 14, 2022, DSS reviewed all the passport applications submitted by both applicants with the name TMH. The 2006 passport application (#xxxxx8144) was submitted incomplete by the Massachusetts-based applicant, later identified as DUME CHAVEZ, as the parents' middle names and dates of birth were missing from that document. The 2021 passport application (#xxxxx2566) was filled out completely by victim TMH, the Kansas-based applicant.

15. On December 15, 2022, DSS agents interviewed victim TMH in Kansas. According to a sworn statement from TMH, her identity documents, including her social security card and birth certificate, were lost and/or stolen in 2003, but she did not discover the theft until 2009. According to TMH, in 2003, while she was traveling to the hospital in New York for an emergency liver transplant for her minor daughter, she lost her purse on the train. According to TMH, her purse contained all of her and her children's identity documents, which included the children's birth certificates and their social security numbers. During the interview, when she moved from New York to Puerto Rico in 2009 and applied for government-subsidized housing, TMH discovered that someone else had been using her name and social security number and was

6

already receiving unspecified benefits. TMH indicated she began working with the IRS in 2013 to resolve her identity issue and believed someone else was filing taxes in her identity.

16. During the interview of TMH, DSS verified that the signature on TMH's passport application matched the signature on file with the Kansas Department of Revenue for a document entitled Kansas Department of Revenue Driver's license application. DSS also verified TMH's biographical data, including her date and place of birth, the names and dates of birth of her parents, as well as TMH's past address history, which TMH was able to provide from memory. TMH also presented several documents to DSS which included her father's death certificate as well as official correspondence she had with the IRS and SSA. During the interview, TMH also related that she has been trying to recover her identity since 2013.

17. During the interview, TMH also related she has never resided in the Commonwealth of Massachusetts, but has lived in New York, New Jersey, and for a brief period in Connecticut when she was a child. DSS showed TMH a photo of DUME CHAVEZ, but TMH did not recognize DUME CHAVEZ.

## Interview of USPS Clerk

18. On December 9, 2024, DSS conducted an interview of the USPS clerk who accepted the two passport applications submitted by DUME CHAVEZ in-person on behalf of her two minor children on June 4, 2020. The clerk was able to verify her acceptance number and signature were depicted on both passport applications #xxxxx6391 and #xxxxx6392. The USPS clerk detailed the standardized process that is involved when two parents apply for passport on behalf of their minor children. Both parents that are listed on the child's birth certificate must come to the post office in-person and physically sign the application in front of the acceptance clerk. Additionally, both parents must provide proof of identity with a photo identification. The

clerk further stated that they accept Massachusetts State ID cards, or unexpired foreign cedulas or unexpired foreign passports as photo identification, but that the identification documents must match the information on the US birth certificate. During the interview, the clerk further stated that she always provides both a warning about making false statements to parents who are submitting passport applications on behalf of their children, as well as informing the parents and that by signing the applications, they (i.e., the parents) are acknowledging that they understand that all of the information provided on the application(s) must be truthful and accurate.

<u>Confirmation of a Valid Social Security Number</u>

19.  The Social Security Administration ("SSA"), Office of Inspector General has confirmed that SSN xxx-xx-8312 which was listed on both of DUME CHAVEZ's passport applications is assigned to TMH.

<u>Identification of DUME CHAVEZ's Identity</u>

20.  On October 4, 2023, a DSS Investigative Analysist conducted checks of the DOS Consular Consolidated Database ("CCD"), and commercial checks of LexusNexus, Accurint and CLEAR. As a result of those, DOS learned that DUME CHAVEZ listed a phone number of 978-305-4861 on her most recent passport renewal application #xxxxx8308. The phone number was run against records in the DOS CCD which provided passport records for DUMAZ CHEVEZ's other family members including an adult son HENRIQUEZ, who is listed as the subscriber of the phone number and whose address is listed as SUBJECT PREMSIS. HENRIQUEZ also lists his mother as Wendy DUME CHAVEZ on his passport application #293342164 and a review of his birth certificate also reflects that DUME CHAVEZ is listed as his mother. CCD Checks revealed that DUME CHAVEZ has a national identification card, or Cedula, from the Dominican Republic (DR). On or about December 2023, DOS contacted the U.S. Embassy in Santo

Domingo, Dominican Republic and requested and received a copy of the Cedula (# 056-002-4093-0) for DUME CHAVEZ and for Danilo HENRIQUEZ (YOB: 1969), who is the father of one of DUME CHAVEZ's minor children. The Cedula record includes DUME CHAVEZ's full name, place of birth, date of birth, nationality, sex, civil status, occupation, polling station, and residential address, as well as a photograph of DUME CHAVEZ. A review of this photograph with the January 30, 2006, photograph submitted with the U.S. passport application #xxxxx8144 by the applicant DUME CHAVEZ, purporting to be TMH, and the photograph submitted with 2020 U.S. passport renewal application #xxxxx8308 by the applicant DUME CHAVEZ, purporting to be TMH, reveal that the three photographs depict the same individual- DUME CHAVEZ.

Confirmation of victim TMH's date of birth and SSN

21.     The investigation has confirmed that the date of birth (xx/xx/1979), and SSN information provided by DUME CHAVEZ, as TMH, on the U.S. passport application submitted for herself on June 4, 2020, as well as on the two applications DUME CHAVEZ submitted on that same date for her two minor children, is the true date of birth and the correct SSN for TMH.

Criminal History of DUME CHAVEZ

22.     I have reviewed DUME CHAVEZ's criminal history which reflects that on or about April 30, 2001, DUME CHAVEZ, in the name WENDY DUME, entered a plea of nolo contendere in Providence Superior Court in Providence, Rhode Island, on two counts of Manufacture/Delivery of a Class A substance, cocaine (counts one and two), and one count of Conspiracy to Violate the Controlled Substance Act (count three). For all three counts, DUME CHAVEZ received a 72 months sentence with 6 months to serve and the balance suspended for 66 months. On May 14, 2001, an Immigration Judge in Boston, Massachusetts, issued an order

of deportation to the Dominican Republic for DUME CHAVEZ in the name Wendy DUME. Thereafter, on May 30, 2001, DUME CHAVEZ was removed from the United States to the Dominican Republic by U.S. Immigration and Customs Enforcement, via American Airlines flight #635, and from the John Fitzgerald Kennedy Airport located in New York City, New York. A copy of the warrant of removal, dated May 30, 2001, in the name WENDY DUME, which contains DUME CHAVEZ's photograph, fingerprint, and signature in the name of WENDY DUME, is contained in her alien file. The alien file # is 044 878 577. A review of alien file A# 044 878 577, in the name of Wendy DUME indicates DUME CHAVEZ never applied to or received permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States after having been removed.

Surveillance of SUBJECT PREMISES

23. On January 10, 2024, Homeland Security Investigations ("HSI"), who has been involved in this investigation with DSS, conducted surveillance of the SUBJECT PREMISES. The front door to the SUBECT PREMISES is located to the left as one faces the front of the residence from the street and has the number "6" clearly affixed to a post on the left side of the front porch. During the surveillance, a female who (based on her likeness in appearance to identification photos of DUME CHAVEZ that HSI has reviewed), appeared to be DUME CHAVEZ, was observed with a minor male, to be exiting the front door of the SUBJECT PREMISES. DUME CHAVEZ proceeded to get into a white Ford Explorer bearing MA license plate 2JME32, which was parked on the street in front of the SUBJECT PREMISES, which then departed the area. A short time later, HSI observed DUME CHAVEZ to arrive back to the area in the same vehicle. A few minutes later, HSI observed an adult male, previously identified as

DUME CHAVEZ's adult son, Dawyn HENRIQUEZ enter the front passenger side of that vehicle before departing the SUBJECT PREMISES a few minutes later A short time later, HSI observed DUME CHAVEZ to arrive back to the area in the same vehicle. HSI observed an adult male, later identified as Frederick AMNIAN PRIDE, swap seats in the white Ford Explorer with DUME CHAVEZ before departing the SUBJECT PREMISES. Frederick Amnian PRIDE is the father listed on the U.S. passport application and birth certificate for one of DUME CHAVEZ's minor children.

24. On December 4, 2024, HSI conducted surveillance at the SUBJECT PREMISES. During the surveillance, a female who (based on her likeness in appearance to identification photos of DUME CHAVEZ that HSI has reviewed), appeared to be DUME CHAVEZ, was observed exiting the front door of the SUBJECT PREMISES with a male minor and get into a grey Chevrolet Malibu sedan bearing VA license plate TRJ2330. A short time later, HSI observed DUME CHAVEZ to arrive back to the area in the same vehicle. A few minutes later, HSI observed an adult male, previously identified as DUME CHAVEZ's adult son, Dawyn HENRIQUEZ, enter the front passenger side of that vehicle before the vehicle was observed departing from the area. The investigation determined that grey Malibu sedan bearing VA plate TRJ2300 is an AVIS rental vehicle.

25. On April 14, 2025, DSS conducted surveillance at the SUBJECT PREMISES. During the surveillance, a female who (based on her likeness in appearance to identification documents of DUME that DSS has reviewed), appeared to be DUME CHAVEZ, was observed exiting the front door of the SUBJECT PREMISES with a male minor and get into a grey Chevrolet Malibu sedan, bearing FL license plate LDEL03. A short time later, DSS observed DUME CHAVEZ to arrive back to the area in the same vehicle. A few minutes later, DSS

observed an adult male, previously identified as DUME CHAVEZ's adult son, Dawyn HENRIQUEZ, enter the front passenger side of that vehicle before the vehicle was observed departing from the area. The investigation determined that the grey Chevrolet Malibu sedan bearing FL plate LEDL03 is registered to PV Holding Corp., which is a subsidiary of Avis Budget Group, a parent company of Avis, Budget, Payless and Zipcar.

United States Postal Service Inquiries ("USPS")

26. On or about April 14, 2025, I contacted and inquired of the USPS relative to who is receiving mail at 6 Harriman Street, Apartment #2, Lawrence, MA, and also requested confirmation that Apartment #2 is the apartment located on the second floor of the residence  On or about April 15, 2025, USMS responded that Apartment #2 is located on the second floor of the residence and provided the following names of individuals who receive mail at that residence: Dawyn HENRIQUEZ, and Carlos Montesinos. On or about April 16, 2025, I followed up with USPS whether individuals with the names Tania Hernandez, Wendy Dume, or Wendy Dume Chavez receive mail at that residence. On or about April 17, 2025, USMS responded that the mail carrier does not recognize those names as regular deliveries at that address.

Massachusetts RMV and Rhode Island Division of Motor Vehicles ("DMV")

27. As part of the investigation, DSS reviewed the certified RMV records in the name of TMH. The records include the name, date of birth, address and photograph of DUME CHAVEZ. According to the records, on July 2, 2018, someone used the RMV online portal to update the current residential address for TMH to the SUBJECT PREMISES.

28. As part of this investigation, on or about April 22, 2025, DSS confirmed with the RMV that that a vehicle was previously registered to an individual by the name of TMH, date of

birth xx/xx/1979, at 6 Harriman Street, Apt 2, in Lawrence, Massachusetts (SUBJECT PREMISES), and the registration for that vehicle expired in 2021.

29. As part of this investigation, DSS reviewed a Rhode Island DMV driver's license that was issued on August 2, 2005, in the name of TMH, and contains the same xx/xx/1979 date of birth, the same SSN ending in xxx-xx-8312, with a Woonsocket, Rhode Island residence, as well as photograph of DUME CHAVEZ. I believe the photograph of the individual identified as TMH, who is depicted on that driver's license, is DUME CHAVEZ.

30. The investigation has also confirmed that DUME CHAVEZ has not obtained any renewal Massachusetts drivers' license since 2011, and further, her license is currently listed as cancelled.

### Photographic Comparisons of DUME CHAVEZ

31. HSI obtained and provided to DSS who reviewed a copy of two Massachusetts RMV photographs dated 7/20/2011 and 1/9/2007. Both photographs depict an individual with the name TMH, and date of birth of xx/xx/1979. I have reviewed those photographs and compared them to the following four photographs:

   a. the official photograph received from the Cedula Database from the Dominican Republic in the name of Wendy DUME CHAVEZ;

   b. the photograph contained in the warrant of Removal/Deportation document in the name Wendy Dume, with a removal date listed of May 30, 2001;

   c. the January 30, 2006, photograph submitted with the U.S. passport application #xxxxx8144 by the applicant purporting to be TMH; and,

   d. the June 4, 2020, photograph submitted with U.S. passport renewal application #xxxxx8308 by the applicant purporting to be TMH.

I believe the above referenced six-photographs of the individual identified as TMH all depict the same individual, namely, DUME CHAVEZ.

Nexus Between Imposter and SUBJECT PREMISES

32.     Dawyn Henriquez, the adult son of the DUME CHAVEZ, listed the SUBJECT PREMISES as his permanent address on his 2018 application for a U.S. passport # xxxxx2164 as his permanent address. On November 15, 2018 U.S. Passport #xxxxx3046 was mailed out from the passport office to SUBJECT PREMISES by the U.S. Postal Service with tracking # 9205596900893440835166.

33.     As of April 18, 2025, the Massachusetts RMV lists 6 Harriman Street, Apt. 2., Lawrence, Massachusetts (i.e., SUBJECT PREMISES) as the current mailing address for TMH (i.e., DUME CHAVEZ, the individual purporting to be TMH) and has listed the SUBJECT PREMISES as the address since July 2, 2018.

34.     As stated earlier herein, surveillance was conducted at the SUBJECT PREMISES on at least three occasions and, DUME CHAVEZ, the individual purporting to be TMH, was observed exiting the and entering the residence in early morning hours with her adult son HENRIQUEZ, Dawyn and at least one of her two minor children. Additionally, on January 10, 2024, DUME CHAVEZ was also seen entering and exiting the residence with her husband Frederick PRIDE.

Characteristics Common to Individuals who Commit Fraud Crimes

35.     Based on my training and experience in fraud investigations, and the training and experience of other law enforcement officers with whom I have had discussions, I know the following:

a)  Individuals often keep identification documents, including passports which are valid for 10 years, and other evidence of identity for long periods—sometimes years—and tend to retain such documents even when they depart a given residence.  Such

      documents may include, but not be limited to, social security cards, passports, tax returns, legal documents, utility bills, phone bills, health insurance or prescription cards, medical records, marriage licenses, family records, scrapbooks, photographs, diplomas and other school records, birth certificates, immunization records, bank records, credit card statements, personal correspondence and books or mementos on which they have inscribed their names.

    b) Individuals often keep identification documents and other evidence of identity in their residence, in part, to ensure the security of these documents and in part to allow for access to these documents when needed.

    c) In addition, it is common for those who use the identities of other persons' without that person's authorization, to maintain fraudulently obtained identification documents in secure locations within their residence to conceal them from law enforcement authorities.

    d) It is common for individuals who use fraudulently obtained identification documents to retain those documents for substantial periods of time so that they can continue to use the fraudulently obtained identities.

Conclusion

    36.    Based on the foregoing, I further submit that there is probable cause to believe that evidence, fruits, and instrumentalities of violations of 18 U.S.C. §1542, 18 U.S.C. §1028A, and 42 U.S.C. §408(a)(7)(B), as described in Attachment B, are located at the SUBJECT PREMISES, and on the person of DUME CHAVEZ, as more fully described in Attachments A-1 and A-2. I respectfully request that this Court issue search warrants for the location and the

person described in Attachments A-1 and A-2, authorizing the seizure and search of the items described in Attachment B.

Sworn to under the pains and penalties of perjury,

_____
Special Agent Kate Cusack
Diplomatic Security Service

SWORN before me telephonically pursuant to Fed. R. Crim. P. 4.1(d)(3) this **Apr 28, 2025** day of APRIL, 2025.

_____
HONORABLE JUDITH G. DEIN
United States Magistrate Judge

16