## ATTACHMENT B

### Items To Be Seized and Searched

I.  All records, in whatever form, and tangible objects that constitute evidence, fruits, or instrumentalities of 18 U.S.C. §1542, 18 U.S.C. §1028A and 42 U.S.C. §408(a)(7)(B), including:

1.  records, documents, and items referencing the individual known to agents with the initials TMH, or variations of that name, social security number xxx-xx-8312, and/or date of birth of xx/xx/1979.

2.  Any and all state-issued or apparently state-issued identification documents, notes, statements, and/or receipts that reference same, as it relates to TMH.

3.  Any and all immigration documents in the name TMH, WENDY DUME, or WENDY DUME CHAVEZ.

4.  Any and all U.S. or foreign issued passports and identification cards in the name of TMH, WENDY DUME, or WENDY DUME CHAVEZ.

5.  Any and all documents identifying citizenship, including, but not limited to, birth certificates; voter registration cards; Cedulas; and social security cards, as it relates to TMH.

6.  Any and all documents relating to foreign or domestic travel, including tickets; schedules; itineraries; or receipts, as it relates to TMH.

7.  Any and all records not specified above that evidence WENDY DUME CHAVEZ' true identity including, employment records; bank records; credit card records; tax records; marriage records; divorce records; birth certificates, land/property/residential rental records; school records; insurance records; records of utilities, phone service and other services or subscriptions; records of arrests, court proceedings, or other legal proceedings; and personal

correspondence.

8. Photographs and photograph albums depicting WENDY DUME CHAVEZ, the individual purporting to be TMH.

9. Records and tangible objects relating to the ownership, occupancy, or use of the SUBJECT PREMISES.